STATE OF CONNECTICUT *v.* FLOYD A. WINDLEY

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 62 (AC 26414), is denied.

*Michael S. Hillis*, in support of the petition.

*Joan K. Willin*, special deputy assistant state's attorney, in opposition.

Decided June 14, 2006

ROBERTO FIGUEROA *v.* NICHOLAS
COULOUTE ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 26844) is denied.

*Nicholas Couloute*, pro se, and *April Couloute*, pro se, in support of the petition.

Decided June 14, 2006

J. BRIAN HAWORTH ET AL. *v.*
JEFFREY DIEFFENBACH

The defendant's petition for certification for appeal from the Appellate Court (AC 27098) is denied.

*Jeffrey Dieffenbach*, pro se, in support of the petition.

*Christopher Lagano*, in opposition.

Decided June 14, 2006

J. WILLIAM GAGNE, JR. *v.* ENRICO VACCARO

The defendant's petition for certification for appeal from the Appellate Court (AC 27229) is denied.